1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   ANDREW WONG
3  Assistant Federal Public Defender
   Nevada State Bar No. 14133
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Andrew_Wong@fd.org

7  Attorney for Juan Barro-Chavelas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00021-EJY-1 |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Second Request) |
| JUAN BARRO-CHAVELAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Juan Barro-Chavelas, that the Preliminary Hearing currently scheduled on May 10, 2021 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. A change of plea and sentencing has been set for May 20, 2021.

2. The May 20 disposition will resolve the case and obviate the need for a preliminary hearing.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 4th day of May, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN BARRO-CHAVELAS,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00021-EJY-1<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 10, 2021 at the hour of 4:00 p.m., be vacated and continued to June 9, 2021 at the hour of 4:00 p.m., in Courtroom 3A.

　　DATED this 4th day of May, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE